**Order entered June 3, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00055-CV

**HIGHLAND CAPITAL MANAGEMENT, LP, Appellant**

**V.**

**LOOPER REED & MCGRAW, P.C., N/K/A GRAY REED & MCGRAW, P.C., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13352**

## ORDER

We **GRANT** appellant's June 1, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than July 6, 2015.

/s/    CRAIG STODDART
           JUSTICE